**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RASUL MUHAMMAD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 19-cv-7241 |
| v. | ) | |
| | ) | Judge Thomas M. Durkin |
| HORWEEN LEATHER COMPANY, | ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rasul Muhammad and Defendant Horween Leather Company, by and through their respective undersigned counsel, (collectively, the "Parties"), hereby stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety, with the Court to retain jurisdiction over the parties and the action until February 12, 2022, for the sole purpose of enforcement of the parties' obligations under Section 3 of the Parties' Confidential Settlement Agreement and Release of Claims. Section 3 of the Confidential Settlement Agreement and Release of Claims reads as follows:

Horween shall, within twenty-four (24) months of the Effective Date ("the Remediation Period"), use good faith efforts to cause those portions of the App or Apps that are covered by Title III of the ADA to be in a condition or state that allows individuals with disabilities within the meaning of the ADA to gain the same information with an ease of use substantially equivalent to that of a non-disabled person using the App(s) ("**ADA Compliant**"). The Parties agree that being in substantial conformance with WCAG 2.0 Level AA or WCAG 2.1 shall constitute "ADA Compliant," but HORWEEN disagrees that substantial conformance with WCAG 2.0, Level AA or WCAG 2.1 is either the test for ADA Compliance or the sole method of achieving ADA Compliance. The Parties further agree that, notwithstanding anything contained in this provision or in this Agreement, the App(s) shall be permitted to link to Apps owned or operated by others containing Third-Party Content (as defined below) that may not be accessible to individuals with disabilities. The Parties further agree that ADA Compliant shall include substantial conformance with any standard later established or recognized by the United States Supreme Court, U.S. Court of Appeals for the Seventh Circuit, or the U.S. Department of Justice. (The term "**Third-Party Content**" refers to web content that is not developed, owned, or operated by HORWEEN.) However, if a judicial, legislative or regulatory body enacts any legislation or rule, or if the United States Supreme Court or the U.S. Court of Appeals for the Seventh Circuit renders a decision, pursuant to which the App(s) is/are not considered a place of public accommodation or business establishment under the Disability Laws, it is understood that HORWEEN will be relieved of the

1

obligations set forth in this Section 3. If HORWEEN's ability to meet the deadline for compliance with this Section 3 is delayed by third-party vendors, acts of God, force majeure or other reasons that are outside of HORWEEN's control, the deadline shall be extended for the length of the delay as will the Court's jurisdiction over the matter.

Each party shall bear his or its own fees, costs, and attorneys' expenses.

STIPULATED AND AGREED:

s/ *R. Joseph Kramer*                              s/ *Eric A. Berg*
R. Joseph Kramer                                Eric A. Berg
KRAMER INJURY LAW LLC                Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
225 W. Washington Street, Ste. 2200     155 North Wacker Drive, Suite 4300
Chicago, IL 60606                              Chicago, IL 60606
Phone: (312) 775-1012                        Phone: (312) 558-1120
joe@rjklawyer.com                            eric.berg@ogletree.com

*Attorney for Plaintiff Muhammad*        *Attorney for Horween Leather Co.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record entitled to service via the Court's CM/ECF Filing System on February 12, 2020.

*/s/* R. Joseph Kramer
R. Joseph Kramer

41697611.1